## MARTIN GOLDBERG

## ATTORNEY AT LAW

### 672 DOGWOOD AVENUE, FRANKLIN SQUARE, N.Y. 11010

### 516 292 0380

### CELL 718 986 4653

Mgoldbergesq@gmail.com

May 21, 2015

The United States Department Of Probation

Eastern District Of New York

147 Pierrepont Steet

Brooklyn, New York 11201

Attn. Senior Probation Officer Patricia Sullivan

Re: United States v Kylon Lashley

12 Cr 489 (DLI)

Dear Officer Sullivan:

The defense agrees with the Government that all references to a kidnapping should be deleted from the PSR and that the offense level should be adjusted accordingly.

With respect to paragraph 6 the statement that Jane Doe was not allowed to leave the hotel room without being accompanied by defendant or another women is inconsistent with the fact that at the time Jane Doe contacted the authorities she was alone.

In paragraph 8 it states that Jane Doe told the defendant she was 16. Defendant disputes this and informed counsel that Jane Doe told him she was 19. Since Jane Doe made up a story about being kidnapped by Kylon Lashley her credibility is non-existent and this paragraph should also be deleted.

Finally in paragraph 58 it states that defendant ceased working for Mr. Champagney following his arrest. In fact defendant did work for him

subsequent to his arrest but on a limited basis due to the geographic restrictions placed on the defendant at the time that his bond was set.

                        Very truly yours

                        Martin Goldberg

Cc: Hon. Dora L. Irizarry